IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-226-CV





EMZY RAY BOEHM AND JUDY LYNN BOEHM LIMMER,



 APPELLANTS


vs.





SEMINOLE PIPELINE COMPANY,



 APPELLEE



 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT


NO. 92-252-C368, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING



 




PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellants' Motion

Filed: June 8, 1994

Do Not Publish